```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

In the matter of the search of

White Samsung T-Mobile cellphone
Black Motorola Tracfone cellphone;
Black Motorola T-Mobile 2GB cellphone;
Maroon Samsung ATT cellphone;
Red/black Nokia Xpress Music cellphone     Criminal No. 10-mj-054-LM
White Samsung T-Mobile cellphone;
White Sony Ericcson ATT cellphone;
Blue LG ATT cellhpone;
Red T-Mobile Blackberry cellphone;
Blue Nextel Flip i860 cellphone;
Motorola i856 Boost Mobile cellphone;
Apple IPhone cellphone;
Sony Nav-U GPS Unit

<u>SEALED</u>
<u>ORDER</u>

Upon Motion of the United States of America, filed by John P. Kacavas, United States Attorney for the District of New Hampshire (document no. 5), it is ORDERED:

That an employee or employees of Apple Inc., with expertise in iPhone software, assist law enforcement agents in the search of one Apple iPhone telephone, Model #A1241, on the 3G network with unknown access number, serial number 868445YDY7K, and FCC ID# BCGA1241 (the "Cell Phone");

It is hereby further ordered that Apple shall assist law enforcement agents in searching the Cell Phone to obtain data as specified in the June 21, 2010, warrant.  That assistance that shall

include, but is not limited to, bypassing the Cell Phone user's passcode so that agents may search the Cell Phone to obtain data as specified in the June 21, 2010, warrant.

It is hereby further ordered that the government's motion and this order be sealed at level I for a period of 80 days, and that the employee(s) of Apple Inc. abide by the seal until such time as it expires.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: July 29, 2010